***E-FILED - 12/15/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTIN R. HIMMELBERGER, | ) | No. C 03-3011 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| ANTHONY A. LAMARQUE, et. al., | ) | |
| Defendants. | ) | |

The court has granted defendants' motion to dismiss.  A judgment of dismissal is therefore entered in favor of defendants.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: __12/11/08__        *Ronald M. Whyte*
                           _____
                           RONALD M. WHYTE
                           United States District Judge

G:\PRO-SE\SJ.Rmw\CR.03\Himmelberger011jud.wpd    1